**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **MARRIOTT INTERNATIONAL, INC.,**<br>**a Delaware corporation, as manager of**<br>**Marriott Marquis Chicago,**<br><br>       **Plaintiff,**<br><br>**v.**<br><br>**INSURANCE AGENCY OWNERS**<br>**ALLIANCE, LLC, an Arizona**<br>**corporation,**<br><br>       **Defendant.** | **CASE NO.: _____** |

## COMPLAINT

Plaintiff Marriott International, Inc., as manager of Marriott Marquis Chicago, by and through its undersigned counsel, files its Complaint against Defendant Insurance Agency Owners Alliance, LLC, and alleges as follows:

## I.
## PARTIES

1.      Plaintiff Marriott International, Inc. ("Plaintiff" or "MII") is a corporation existing under the laws of the State of Delaware. Plaintiff does business as, and is manager of, the Marriott Marquis Chicago (the "Hotel"), which is a hotel located in Cook County, Illinois. At all relevant times hereto, MII was authorized to transact business in, and does transact business in, the State of Illinois.

2.      Upon information and belief, Defendant Insurance Agency Owners Alliance, LLC ("Defendant" or "IAOA") is a corporation, incorporated under the laws of the State of Arizona with its principal place of business located at 2550 S. Santan Village Pkwy, Apt 4058, Gilbert,

Arizona 85295. Defendant IAOA may be served with process by and through its registered agent, David Russel Jackson, 2550 S/ Santan Village Pkwy, Apt 4058, Gilbert, Arizona 85295.

## II.
## JURISDICTION AND VENUE

3.      The United States District Court has diversity jurisdiction over this matter pursuant 28 U.S.C. §1332, as the parties are residents of different states, and the amount in controversy exceeds $75,000.

4.      Plaintiff is a Delaware corporation that manages and operates the Marriott Marquis Chicago hotel located within the federal judicial district identified in the Complaint. Venue is proper pursuant to 28 U.S.C. § 1391.

5.      The contracts underlying this dispute were to be performed in, and all damages accrued, in Chicago, Illinois.

## III.
## GENERAL ALLEGATIONS

6.      On January 27, 2022, IAOA entered into a Group Sales Agreement (the "Contract") with the Hotel, pursuant to which IAOA agreed to hold, and subsequently did hold, an event at the Hotel over the dates October 5, 2023 through October 8, 2023 ("Event").   A true and correct copy of the Contract is attached hereto as "**Exhibit A**" and is incorporated herein by reference.

7.      Pursuant to the terms of the Contract, IAOA was obligated to utilize 2,170 sleeping room nights at the Hotel at the contracted rate of $209.00 per room, per night, plus applicable state and local taxes. *Id.* at p. 1.

8.      In addition, the Contract also required IAOA to spend not less than $225,000.00 on banquet food and beverage services, exclusive of tax and serve charges. *Id.* at p. 3.

9.      Further, the Contract contains a "Method of Payment" section providing that, "[i]f payment of any invoice is not received within (30) days of the date on which it was due, Hotel will

impose a finance charge at the rate of the lesser of 1-1/2% per month (18% annual rate) or the maximum allowed by law on the unpaid balance commencing on the invoice date." *Id*. at p. 5

10.     The Contract also contains a "Rooms Attrition" provision, which governs the amount IAOA would owe to the Hotel if IAOA underperformed its contractual obligations with regard to its room night commitment:

> "Rooms Attrition
> Hotel is relying upon Insurance Agency Owners Alliance's cumulative use of the Room Night Commitment and, if applicable, the Minimum Banquet Food and Beverage Revenue.   Insurance Agency Owners Alliance agrees that a loss will be incurred by Hotel if Insurance Agency Owners Alliance's actual usage is less than eighty percent (80%) of the Cumulative Room Night Commitment.
>
> Hotel agrees to allow for a twenty percent (20%) reduction in the cumulative Room Night Commitment. During the Event, Hotel will subtract the actual room usage and the amount of permissible attrition for from the Room Night Commitment.   The difference of room nights will be multiplied by the group's average room rate (excluding staff and or complimentary rooms) and the resulting amount will be posted as attrition charges to Insurance Agency Owners Alliance's Master Account, plus applicable taxes, at the conclusion of the Event.
>
> Additionally, at the conclusion of the Event, if the actual banquet food and beverage revenue is less than the Minimum Banquet Food and Beverage Revenue, forty percent (40%) of the difference will be posted to the Master Account.
>
> These charges represent a reasonable effort on behalf of the Hotel to establish its loss prospectively and shall be due as liquidated damages."

*See* Ex. A, p. 4.

11.     Additionally, the Contract contains a "Minimum Banquet Food and Beverage Revenue Requirement" provision, which states, in part, that, "Insurance Agency Owners Alliance agrees to a minimum banquet food and beverage revenue of ($225,000.00), exclusive of tax and service charge (the "Minimum Banquet Food and Beverage Revenue"). *Id.* at p. 3

12.     The Hotel reasonably anticipated that IAOA's attendees would utilize, and the Hotel would receive revenues and related profits from, the numerous ancillary services offered by the Hotel.

**COMPLAINT - Page 3**

13.     On or about November 1, 2023, an invoice reflecting the balance due in relation to the Event was sent to IAOA (the "Invoice"). A true and correct copy of the Invoice is attached hereto as **"Exhibit B"** and incorporated herein by reference.

14.     Despite repeated demands for payment, no portion of the Invoice has been paid by IAOA.

15.     IAOA's actions have caused, and continue to cause, Plaintiff significant injury redressable by way of the counts expressed below.

**IV.**
**CAUSES OF ACTION**
**Breach of Express Contract - Liquidated Damages (Attrition)**

16.     Each of the foregoing paragraphs are incorporated as if fully restated herein.

17.     Pursuant to the terms of the Contract, Defendant was to utilize 2,170 sleeping room nights at the Hotel over the dates of the Event at the contracted rate of $209.00 per room, per night, plus applicable state and local taxes.

18.     After applying the 80% attrition allowance, Defendant was responsible for utilizing a total of 1,736 room nights over the contracted dates.

19.     After subtracting Defendant's actual room usage of 1,064 room nights, Defendant remained responsible for 672 room nights. Once the Hotel applied the applicable credits, the final amount of rooms in attrition was $163,481.47.

20.     At the rate of $209.00 per room, per night, plus applicable taxes, attrition charges amounted to $163,481.47.

21.     Defendant failed to utilize 100% of the Room Night Commitment during its Event.

22.     As a result of its underperformance of the guest room block commitment, $163,481.47 was posted to Defendant's Master Account.

23.     Pursuant to the terms of the Contract, Defendant was required to spend not less than $225,000.00 on banquet food and beverage services.

24.     Defendant failed to meet the minimum food and beverage commitment of $225,000.00.

25.     As a result of underperformance of the minimum food and beverage commitment, $105,032.71 was posted to Defendant's Master Account for food and beverage attrition in accordance with the Contract.

26.     Charges for all requested items were posted to Defendant's Master Account in accordance with the Contract and totaled $7,495.00, exclusive of attrition charges.

27.     After applying all payments, deposits, credits and any applicable offsets, the Master Account Balance due at the conclusion of the Event was $276,009.18.

28.     The underperformance by Defendant of its guest room block and minimum food and beverage commitment constitutes a breach of contract.

29.     The Hotel has been damaged by Defendant's breach of contract.

30.     As a result of the breach of Contract, Defendant is contractually obligated to pay the Hotel liquidated damages in accordance with the Contract in the amount of $276,009.18.

31.     In the alternative, the Hotel is entitled to its actual damages in an amount to be proven at trial.

32.     On or about November 1, 2023, an invoice reflecting the charges due in the amount of $276,009.18 was sent to Defendant. *See* **"Exhibit B."**

33.     Defendant failed, and continues to fail, to pay the amount owed when due.

34.     Defendant's failure to pay the charges due within thirty (30) days of the Invoice date constitutes a material breach of contract.

35.    Defendant owes $276,009.18 in charges in the form of liquidated damages for its underperformance of the Contract.

36.    In the alternative, the Hotel is entitled to its actual damages in an amount to be proven at trial.

37.    The Hotel has fully performed its obligations under the Contract and is not itself in breach of the Contract.

38.    As a result of the Defendant's material breach of the Contract, it has become necessary for the Hotel to retain litigation counsel to enforce the terms of the Contract.

39.    All conditions precedent under the contract have been performed or have been excused.

40.    Despite demand for payment, no part of the remaining $276,009.18 balance has been paid by Defendant.

## V.
## ATTORNEYS' FEES

41.    Each of the foregoing paragraphs are incorporated and reasserted herein by reference.

42.    Defendant's actions have caused Plaintiff to retain the undersigned attorneys to protect its rights in this matter. Plaintiff is entitled to a judgment against Defendant for the attorneys' fees Plaintiff incurred in this matter to the maximum amount allowable under the Contract.

**VI.**
**PRAYER AND REQUEST FOR RELIEF**

For the reasons above, Plaintiff Marriott International, Inc., as manager of the Marriott Marquis Chicago, requests that the Court enter a judgment against Defendant Insurance Agency Owners Alliance, LLC awarding Plaintiff:

(a)     For the sum of $276,009.18 as liquidated damages on Plaintiff's claim for Breach of Contract, or in the alternative, actual damages in an amount to be proven at trial;

(b)     For pre- and post-judgment interest at the Contract rate of 1.5% per month (18% annual rate), or the maximum allowed by law on the unpaid balance of $276,009.18 commencing on November 1, 2023, until paid in full;

(c)     For Plaintiff's reasonable attorneys' fees and costs incurred herein pursuant to the Contract and applicable law;

(d)     For interest on said attorneys' fees and costs at the highest rate permitted by law from the date of judgment until paid in full;

(e)     For post-judgment attorneys' fees and costs pursuant to applicable law; and

(f)     For such other and further relief as the Court deems just and appropriate.

Dated:   July 31, 2025                          Respectfully submitted,

                                                By:  *Carla Carter*
                                                        Carla E. Carter

                                                **ATTORNEYS FOR PLAINTIFF**
                                                **MARRIOTT INTERNATIONAL, INC.**

# EXHIBIT A



**MARRIOTT** MARQUIS
CHICAGO

**GROUP SALES AGREEMENT**

## DESCRIPTION OF GROUP AND EVENT

The following represents an agreement between Marriott Marquis Chicago, 2121 South Prairie Avenue, Chicago, IL, 60616, (312) 824-0500 and Insurance Agency Owners Alliance.

ORGANIZATION: Insurance Agency Owners Alliance

CONTACT:
| | |
|---|---|
| Name: | Dave Jackson |
| Job Title: | Co-Founder IAOA |
| Street Address: | ███████████ |
| City, State, Postal Code: | ███████████ |
| Country/Region: | USA |
| Phone Number: | (480) 428-8100 |
| E-mail Address: | ███████████ |

NAME OF EVENT: Insurance Agency Owners Alliance IAOA Conference Oct2023

REFERENCE #: M-M1C4U48

OFFICIAL PROGRAM DATES: Thursday, 10/05/2023 - Sunday, 10/08/2023

## GUEST ROOM COMMITMENT/GROUP ROOM RATES

The Hotel agrees that it will provide, and Insurance Agency Owners Alliance agrees that it will be responsible for utilizing, 2,170 room nights in the pattern set forth below (such number and such pattern, the "Room Night Commitment"):

**Attendees**

| Date | Day | Executive Suite | Run of House | Total Rooms |
|---|---|---|---|---|
| 10/04/2023 | Wed | 0 | 20 | 20 |
| 10/05/2023 | Thu | 10 | 740 | 750 |
| 10/06/2023 | Fri | 10 | 740 | 750 |
| 10/07/2023 | Sat | 10 | 640 | 650 |

## GROUP ROOM RATES

Based upon Insurance Agency Owners Alliance's total program requirements as outlined in this agreement, Hotel confirms the following group rates (net of all taxes):

| | |
|---|---|
| Single: | $209.00 |
| Double: | $209.00 |

Hotel room rates are subject to applicable state and local taxes (currently 17.4%) in effect at the time of check-out.

## COMMISSION

The group room rates listed above are net non-commissionable. Insurance Agency Owners Alliance will advise its designated agency of these rates and address any resulting agency compensation issues directly with the management of the appropriate agency.

## SPECIAL CONCESSIONS

In consideration of the Room Night Commitment and the functions identified on the Function Information Agenda/Event Agenda, Hotel will provide Insurance Agency Owners Alliance with the following special concessions:

1. Ten (10) Complimentary Upgrades to Executive Suites at Group Rate over Peak Nights

MARRIOTT CONFIDENTIAL AND PROPRIETARY INFORMATION

2. 20 % Allowable Cumulative Attrition
3. Three Week Cutoff Date
4. 1 per 40 comp ratio
5. Basic Guestroom Internet included for Marriott Bonvoy Members
6. Encore to provide 10% Discount towards AV equipment Menus when sole provider of AV services
7. 10% discount off 2023 published Food & Beverage Menus
8. Dedicated onsite Technical and Service Support Staff        $225,000
9. Waived Meeting Room Rental in Main Meeting Space with Food and Beverage Minimum met of $250,000, exclusive of applicable taxes and service charge.
                                                      KRM
                                                01/28/22
10. Complimentary use of Fitness Center
11. Dedicated Event Manager
12. Waived city/Resort Fees
13. Triple Marriott Bonvoy Points

## ADJUSTMENTS TO CONCESSIONS

In the event of reductions in the Room Night Commitment of more than twenty (20%), the Hotel may adjust any concessions previously offered in this Agreement, including those concessions offered on a complimentary basis, and may also adjust the Function Space in direct proportion to the reduction in the Room Night Commitment.

## COMPLIMENTARY ROOMS

Insurance Agency Owners Alliance will be entitled to one (1) complimentary room night for every forty (40) revenue-generating room nights occupied on a cumulative basis.

## METHOD OF RESERVATIONS

Hotel is pleased to offer the use of our online group reservations system powered by Passkey. All reservations will be made, modified or canceled by individuals on-line at a URL to be established by Hotel or by calling Marriott's Reservations toll free number to be established after enabling Passkey. It is the responsibility of Insurance Agency Owners Alliance to publish and provide this information to potential attendees through the planner's meeting website or through email. Insurance Agency Owners Alliance shall be responsible for publishing the URL for all potential attendees. The Group Rate is guaranteed for reservations made on or before the Cutoff Date. Any reservations made after the Cutoff Date shall be at the Hotels then current available rate.

Hotel will supply a username and password to provide you with 24/7 online access to your group's information and reports.

## GUARANTEED RESERVATIONS

All reservations must be accompanied by a first night room deposit or guaranteed with a major credit card or by Insurance Agency Owners Alliance. Hotel will not hold any reservations unless secured by one of the above methods.

## CUTOFF DATE

Reservations by attendees must be received on or before **5PM CST, Thursday, September 7, 2023** (the "Cutoff Date"). At the Cutoff Date, Hotel will review the reservation pickup for the Event, release the unreserved rooms for general sale, and determine whether it can accept reservations based on a space- and rate-available basis at the Insurance Agency Owners Alliance group rate after this date.

## BILLING ARRANGEMENTS

The following billing arrangements apply: Individual to pay all charges.

## FUNCTION INFORMATION AGENDA/EVENT AGENDA

Based on the requirements outlined by Insurance Agency Owners Alliance, the Hotel has reserved the function space set forth on the below Function Information Agenda/Event Agenda.

| Date | Day | Start Time | End Time | Function Type | Setup | # People | Function Space |
|------|-----|-----------|----------|---------------|-------|----------|----------------|
| 10/05/2023 | Thu | 8:00 AM | 11:59 PM | Exhibits Set Up | 10x10 Exhibits (126) | -- | Great Lakes Ballroom |
| 10/05/2023 | Thu | 6:30 PM | 7:00 PM | Speaker Room | Theatre | 5 | Shedd AB |

MARRIOTT CONFIDENTIAL AND PROPRIETARY INFORMATION

| Date | Day | Start Time | End Time | Function Type | Setup | # People | Function Space |
|---|---|---|---|---|---|---|---|
| 10/05/2023 | Thu | 7:30 PM | 9:00 PM | Reception | Cocktail Rounds | 300 | Great Lakes Foyer |
| 10/06/2023 | Fri | 8:00 AM | 9:00 AM | Breakfast | Rounds | 1,000 | Grand Horizon Ballroom |
| 10/06/2023 | Fri | 9:30 AM | 11:59 PM 5:00 PM | General Session | Rounds | 1,000 | Grand Horizon Ballroom |
| 10/06/2023 | Fri | 10:30 AM | 11:59 PM 7:00 PM | Exhibits | (10x10 Exhibits (126) | -- | Great Lakes Ballroom |
| 10/06/2023 | Fri | 10:45AM | 11:15AM | Coffee Break | Special | -- | Great Lakes Foyer |
| 10/06/2023 | Fri | 5:00 PM | 7:00 PM | Reception | Special | 300 | Grand Horizon Foyer |
| 10/06/2023 | Fri | 11:15 AM | 12:00 PM | Breakout | Theatre | 190 | Water Tower AB |
| 10/06/2023 | Fri | 11:15 AM | 12:00 PM | Breakout | Theatre | 260 | Glessner House ABC |
| 10/06/2023 | Fri | 11:15 AM | 12:00 PM | Breakout | Rounds | 400 | Grand Horizon Ballroom |
| 10/06/2023 | Fri | 11:15 AM | 12:00 PM | Breakout | Theatre | 156 | Daniel Burnham |
| 10/06/2023 | Fri | 12:00 PM | 1:00 PM | Lunch | Rounds | 1,000 | Grand Horizon Ballroom |
| 10/06/2023 | Fri | 2:00PM | 2:30PM | Coffee Break | Special | -- | Great Lakes Foyer |
| 10/07/2023 | Sat | 8:00 AM | 9:00 AM | Breakfast | Rounds | 1,000 | Grand Horizon Ballroom |
| 10/07/2023 | Sat | 9:30 AM | 5:00 PM | General Session | Rounds of 10 | 1,000 | Grand Horizon Ballroom |
| 10/07/2023 | Sat | 10:45AM | 11:15AM | Coffee Break | Special | 1,000 | Great Lakes Foyer |
| 10/07/2023 | Sat | 12:00 PM | 1:00 PM | Lunch | Rounds | 1,000 | Grand Horizon Ballroom |
| 10/07/2023 | Sat | 10:30 AM | 11:59 PM 7:00 PM | Exhibits | 10x10 Exhibits (126) | -- | Great Lakes Ballroom |
| 10/08/2023 | Sun | 6:00AM | 1:00PM | Exhibits Teardown | Teardown 10x10 Exhibits | | Great Lakes Ballroom |

All meeting rooms, food and beverage, and related services are subject to applicable taxes (currently 11.75%) and service charge (currently 25%) in effect on the date(s) of the event.

Insurance Agency Owners Alliance has provided Hotel with a preliminary program as outlined above. By April 7, 2023, Hotel and Insurance Agency Owners Alliance shall have arrived to a mutually agreed upon final program, which shall include anticipated attendance figures. Based upon the figures set forth on the final program, Hotel will review function space usage with Insurance Agency Owners Alliance, and Hotel will have the right to reassign and/or release any function space in direct proportion to any reduction in the number of Insurance Agency Owners Alliance's Event attendees, including releasing any space that is not designated on the final program. Any changes in the assignment of meeting rooms or function space shall not reduce Insurance Agency Owners Alliance's obligation to satisfy the food and beverage requirements stated herein.

## REASSIGNMENT OF MEETING SPACE

The hotel has the right to reassign meeting space due to changes in final attendance, provided that 1) space is adequate; 2) the original room set and number of participants contracted for has been honored and 3) Company approves the change.

## MINIMUM BANQUET FOOD AND BEVERAGE REVENUE REQUIREMENT

Insurance Agency Owners Alliance agrees to a minimum banquet food and beverage revenue of ($225,000.00), exclusive of tax and service charge (the "Minimum Banquet Food and Beverage Revenue").

## DAMAGE TO FUNCTION SPACE

Insurance Agency Owners Alliance agrees to pay for any damage to the function space that occurs while Insurance Agency Owners Alliance is using it. Insurance Agency Owners Alliance will not be responsible, however, for ordinary wear and tear or for damage that it can show was caused by persons other than Insurance Agency Owners Alliance and its attendees.

MARRIOTT CONFIDENTIAL AND PROPRIETARY INFORMATION

## FACILITY FEES

Based on Insurance Agency Owners Alliance's requirements, Hotel's function space fees would be $75,000. Based upon the Room Night Commitment and the functions identified on the Function Information Agenda/Event Agenda outlined in this Agreement, the Hotel will waive these fees.

## IN-HOUSE EQUIPMENT

Hotel will provide, at no charge, a reasonable amount of meeting equipment (for example, chairs, tables, pens & paper, etc.). These complimentary arrangements do not include special setups or extraordinary formats that would deplete Hotel's present in-house equipment to the point of requiring rental of an additional supply to accommodate Insurance Agency Owners Alliance's needs. If such special setups or extraordinary formats are requested, Hotel will present Insurance Agency Owners Alliance two (2) alternatives: (1) charging Insurance Agency Owners Alliance the rental cost for additional equipment, or (2) changing the extraordinary setup to a standard format, avoiding the additional cost.

## AUDIO-VISUAL/TECHNICAL SERVICES

ENCORE is the Marriott Marquis Chicago has preferred provider for all audiovisual needs. The use of another audiovisual provider will involve the ENCORE Department's expertise including power requirements, storage, staging, set up, clean up, breakdown of podia and other equipment. In the event outside Audio Visual is utilized, ENCORE will provide a load-in and load-out Supervisor for the group at a cost of $150.00 per hour (minimum 5-hour call) charged to the group. This fee or charge is to be paid to the Hotel, in the same method as all other services. However, a separate agreement shall be needed from ENCORE expressing the specific needs, terms, and cost as per the agreement of the Hotel and Insurance Agency Owners Alliance, as authorized agent AV experts.

## UNATTENDED ITEMS/ADDITIONAL SECURITY

The Hotel cannot ensure the security of items left unattended in function rooms. Special arrangements may be made with the Hotel for securing a limited number of valuable items. If Insurance Agency Owners Alliance requires additional security with respect to such items or for any other reason, the Hotel will assist in making these arrangements. All security personnel to be utilized during the Event are subject to Hotel approval.

## USE OF OUTSIDE VENDORS

If Insurance Agency Owners Alliance wishes to hire outside vendors to provide any goods or services at Hotel during the Event, Insurance Agency Owners Alliance must notify Hotel of the specific goods or services to be provided and provide sufficient advance notice to the Hotel so that the Hotel can (i) determine, in Hotel's sole discretion, whether such vendor must provide Hotel, in form and amount reasonably satisfactory to Hotel, an indemnification agreement and proof of adequate insurance, and (ii) approve, using reasonable judgment, the selection of the outside vendor and the goods or services to be provided by such outside vendor to Insurance Agency Owners Alliance, taking into consideration: (a) whether Hotel offers such goods and services; (b) the risk level posed by certain activities; and (c) the safety and well-being of guests at Hotel.

## ROOMS ATTRITION

Hotel is relying upon Insurance Agency Owners Alliance's cumulative use of the Room Night Commitment and, if applicable, the Minimum Banquet Food and Beverage Revenue. Insurance Agency Owners Alliance agrees that a loss will be incurred by Hotel if Insurance Agency Owners Alliance's actual usage is less than eighty percent (80%) of the Cumulative Room Night Commitment.

Hotel agrees to allow for a twenty percent (20%) reduction in the cumulative Room Night Commitment. During the Event, Hotel will subtract the actual room usage and the amount of permissible attrition for from the Room Night Commitment. The difference of room nights will be multiplied by the group's average room rate (excluding staff and or complimentary rooms) and the resulting amount will be posted as attrition charges to Insurance Agency Owners Alliance's Master Account, plus applicable taxes, at the conclusion of the Event.

Additionally, at the conclusion of the Event, if the actual banquet food and beverage revenue is less than the Minimum Banquet Food and Beverage Revenue, forty percent (40%) of the difference will be posted to the Master Account.

These charges represent a reasonable effort on behalf of the Hotel to establish its loss prospectively and shall be due as liquidated damages.

## CANCELLATION

Insurance Agency Owners Alliance acknowledges that if it cancels or otherwise essentially abandons its planned use of the Room Night Commitment (a "Cancellation"), this action would constitute a breach of Insurance Agency Owners

MARRIOTT CONFIDENTIAL AND PROPRIETARY INFORMATION

Alliance's obligation to Hotel and Hotel would be harmed. Because Hotel's harm (and Insurance Agency Owners Alliance's obligation to compensate Hotel for that harm) is likely to increase if there is a delay in notifying Hotel of any Cancellation, Insurance Agency Owners Alliance agrees to notify Hotel, in writing, within five (5) days of any decision to Cancel. In addition, if a Cancellation occurs, the parties agree that:

1. It would be difficult to determine Hotel's actual harm.

2. The sooner Hotel receives notice of the Cancellation, the lower its actual harm is likely to be, because the probability of mitigating the harm by reselling space and functions is higher.

3. The chart of sliding scale damages (the "Chart"), below, reasonably estimates both Hotel's actual harm and its ability to resell Insurance Agency Owners Alliance's space and functions.

Insurance Agency Owners Alliance therefore agrees to pay Hotel, within thirty (30) days after any Cancellation, as liquidated damages and not as a penalty, the amount listed in the Chart below.

| Date of Cancellation | Total Amount of Liquidated Damages Due |
|---|---|
| From date of signature to June 30, 2022 | 25% of Total Rooms Revenue* ($113,382.50) |
| From July 1, 2022 to October 5, 2022 | 40% of Total Rooms Revenue * ($181,412.00) |
| From October 6, 2022 to December 31, 2022 | 50% of Total Rooms Revenue* ($226,765.00) |
| From January 1, 2023 to June 30, 2023 | 75% of Total Rooms Revenue* ($340,147.50) |
| From July 1, 2023 to date of arrival | 100% of Total Rooms Revenue* ($453,530.00) + 40% of the Minimum Banquet Food and Beverage Revenue |

* "Total Room Revenue" is the dollar amount equal to the number of room nights in the Room Night Commitment multiplied by Insurance Agency Owners Alliance's average room rate (excluding staff room rates and complimentary rooms, if any). If applicable, state and local taxes will be added to the amounts listed above.

Provided that Insurance Agency Owners Alliance timely notifies Hotel of the Cancellation and timely pays the above liquidated damages, Hotel will not seek additional damages from Insurance Agency Owners Alliance relating to the Cancellation. The parties agree that if Insurance Agency Owners Alliance timely notifies Hotel of the Cancellation and timely pays the above liquidated damages, Hotel will refund Insurance Agency Owners Alliance for credit for rooms resold in accordance with the following formula: no room shall be deemed to have been resold on any night unless and until the Hotel first sells all rooms outside of the contracted room block that night. As to any rooms that are resold, the Hotel will multiply the number of rooms resold each night by Insurance Agency Owners Alliance's average contracted room rate (excluding staff and complimentary rooms). The resulting number will be multiplied by the same percentage of the total room revenue Insurance Agency Owners Alliance owes for the cancellation (calculated by use of the grid above). The resulting amount, minus twenty percent, which the parties agree represents the Hotel's minimum costs associated with its attempts to resell the rooms, will be the amount of credit for rooms resold to which Insurance Agency Owners Alliance is entitled on the night in question. The amount due for cancellation shall be due in accordance with the terms of this Agreement, and payment shall not be delayed pending credit for rooms that may be resold. Rather, any credit due pursuant to this clause will be refunded to Insurance Agency Owners Alliance within thirty (30) days after Insurance Agency Owners Alliance's event dates pass.

## METHOD OF PAYMENT

The method of payment of the Master Account will be established upon approval of Insurance Agency Owners Alliance's credit. If credit is approved, the outstanding balance of Insurance Agency Owners Alliance Master Account (less any advance deposits and exclusive of disputed charges) will be due and payable upon receipt of invoice.

Insurance Agency Owners Alliance will raise any disputed charge(s) within thirty days after receipt of the invoice. The Hotel will work with Insurance Agency Owners Alliance in resolving any such disputed charges, the payment of which will be due upon receipt of invoice after resolution of the dispute. If payment of any invoice is not received within thirty (30) days of the date on which it was due, Hotel will impose a finance charge at the rate of the lesser of 1-1/2% per month (18% annual rate) or the maximum allowed by law on the unpaid balance commencing on the invoice date.

Insurance Agency Owners Alliance has indicated that it has elected to use the following form of payment:

MARRIOTT CONFIDENTIAL AND PROPRIETARY INFORMATION

[ ] Credit card (We accept all major credit cards)
[ ] Company check or Electronic Funds Transfer

Insurance Agency Owners Alliance may not change this form of payment without prior approval from Hotel.

In the event that credit is not approved, Insurance Agency Owners Alliance agrees to pay an advance deposit in an amount to be determined by the Hotel in its reasonable discretion, with the full amount due prior to the start of the group's event.

## MASTER ACCOUNT
Hotel must be notified in writing at least thirty (30) days prior to arrival of the authorized signatories and the charges that are to be posted to the Master Account. Any cancellation or attrition fees will be billed to the Master Account.

## DEPOSIT SCHEDULE

Insurance Agency Owners Alliance agrees to pay the following advance payments:

| Deposit Amount | Date |
|---|---|
| $10,000.00 | February 28, 2022 |
| $20,000.00 | March 5, 2023 |

## IMPOSSIBILITY
The performance of this Agreement is subject to termination without liability upon the occurrence of any circumstance beyond the control of either party – such as acts of God, war, acts of terrorism, government regulations, disaster, strikes, civil disorder, or curtailment of transportation facilities – to the extent that such circumstance makes it illegal or impossible for the Hotel to provide, or for groups in general to use, the Hotel facilities. The ability to terminate this Agreement without liability pursuant to this paragraph is conditioned upon delivery of written notice to the other party setting forth the basis for such termination as soon as reasonably practical - but in no event longer than ten (10) days - after learning of such basis.

## COMPLIANCE WITH LAW
This Agreement is subject to all applicable federal, state, and local laws, including health and safety codes, alcoholic beverage control laws, disability laws, federal anti-terrorism laws and regulations, and the like. Hotel and Insurance Agency Owners Alliance agree to cooperate with each other to ensure compliance with such laws.

## NO ROOM TRANSFER BY GUEST
Insurance Agency Owners Alliance agrees that neither Insurance Agency Owners Alliance nor attendees of the Event nor any intermediary shall be permitted to assign any rights or obligations under this Group Sales Agreement, or to resell or otherwise transfer to persons not associated with Insurance Agency Owners Alliance reservations for guestrooms, meeting rooms or any other facilities made pursuant to this Group Sales Agreement.

## LIQUOR LICENSE
Insurance Agency Owners Alliance understands that Hotel's liquor license requires that beverages only be dispensed by Hotel employees or bartenders. Alcoholic beverage service may be denied to those guests who appear to be intoxicated or are underage.

## COMPLIANCE WITH EQUAL OPPORTUNITY LAWS
This section describes Marriott's obligations as a U.S. federal contractor. It does not apply to customers that are not part of the U.S. federal government or using funds from the U.S. federal government for this contract.

Marriott shall comply with all applicable laws, statutes, rules, ordinances, codes, orders and regulations of all federal, state, local and other governmental and regulatory authorities and of all insurance bodies applicable to the Hotel premises in performing its obligations under this Agreement.

Marriott (referred to as "contractor" in this section) shall comply with Executive Order 11246, as amended, Section 503 of the Rehabilitation Act of 1973, as amended, and the Vietnam Era Veterans' Readjustment Assistance Act, as amended, which are administered by the United States Department of Labor ("DOL"), Office of Federal Contract Compliance

MARRIOTT CONFIDENTIAL AND PROPRIETARY INFORMATION

Programs ("OFCCP"). The equal employment opportunity clauses of the implementing regulations, including but not limited to 41 C.F.R. §§ 60.1-4, 60-300.5(a), and 60-741.5(a), are hereby incorporated by reference, with all relevant rules, regulations and orders pertaining thereto. **This contractor and subcontractor shall abide by the requirements of 41 C.F.R. §§ 60-1.4(a), 60-300.5(a) and 60-741.5(a). These regulations prohibit discrimination against qualified individuals based on their status as protected veterans or individuals with disabilities, and prohibit discrimination against all individuals based on their race, color, religion, sex, sexual orientation, gender identity, or national origin. Moreover, these regulations require that covered prime contractors and subcontractors take affirmative action to employ and advance in employment individuals without regard to race, color, religion, sex, sexual orientation, gender identity, national origin, protected veteran status or disability.**

Marriott also shall comply with Executive Order 13496 and with all relevant rules, regulations and orders pertaining thereto, to the extent applicable. The employee notice clause and all other provisions of 29 C.F.R. Part 471, Appendix A to Subpart A, are hereby incorporated by reference.

To the extent applicable, Marriott shall include the provisions of this section in every subcontract or purchase order so that such provisions shall be binding upon each contractor, subcontractor or vendor performing services or providing materials relating to this Agreement and the services provided pursuant to the terms hereof.

## PRIVACY

Marriott International, Inc. ("Marriott") is committed to complying with obligations applicable to Marriott under applicable privacy and data protection laws, including to the extent applicable EU data protection laws. Hotel shall comply with the then-current Marriott Group Global Privacy Statement (the "Privacy Statement," currently available at http://www.marriott.com/about/privacy.mi) with respect to any personal data received under this Agreement.

Without limiting the foregoing obligation, Hotel has implemented measures designed to: (1) provide notice to individuals about its collection and use of their personal data, including through the Privacy Statement; (2) use such personal data only for legitimate business purposes; (3) provide means by which individuals may request to review, correct, update, suppress, restrict or delete or port their personal data, consistent with applicable law; (4) require any service providers with whom personal data is shared to protect the confidentiality and security of such data; and (5) use technical and organizational measures to protect personal data within its organization against unauthorized or unlawful access, acquisition, use, disclosure, loss, or alteration.

Insurance Agency Owners Alliance will obtain all necessary rights and permissions prior to providing any personal data to Hotel, including all rights and permissions required for Hotel, Hotel affiliates, and service providers to use and transfer the personal data to locations both within and outside the point of collection (including to the United States) in accordance with Hotel's privacy statement and applicable law. Notwithstanding any other provision, Hotel may use an individual's own personal data to the extent directed by, consented to or requested by such individual.

## PERFORMANCE LICENSES

Insurance Agency Owners Alliance will be solely responsible for obtaining any necessary licenses or permission to perform, broadcast, transmit, or display any copyrighted works (including without limitation, music, audio, or video recordings, art, etc.) that Insurance Agency Owners Alliance may use or request to be used at the Hotel.

## MARRIOTT BONVOY EVENTS

Marriott Bonvoy Events provides Points or Miles to eligible Marriott Bonvoy Members who book and hold qualifying meetings and events at Participating Properties.

Approximately ten (10) business days after the conclusion of the Event (provided that the Event is not cancelled and Insurance Agency Owners Alliance has otherwise complied with the material terms and conditions of this Agreement), the Hotel will award Points or Miles to the Member and relevant account identified below. By inserting the airline frequent flyer account information, the recipient elects to receive Miles instead of Points.

GROUP MUST CHECK **ONE** OPTION BELOW:

☐ The Contact (as identified on page 1 of this Agreement or the Authorized Signer of this Agreement) is eligible to receive Points or Miles.

Member Name _DAVID R. JACKSON_

Version 1.0

MARRIOTT CONFIDENTIAL AND PROPRIETARY INFORMATION

Marriott Bonvoy Membership Number _____

*If Miles are desired instead of Points, please also provide:

Participating airline name _____
Participating airline frequent flyer account number_____

OR

☐ The Contact (as identified on page 1 of this Agreement or the Authorized Signer of this Agreement) declines or is not eligible to receive Points or Miles and hereby waives the right to receive Points or Miles in connection with the Event.

The individual identified above to receive either Points or Miles may not be changed without such individual's prior written consent. The number of Points or Miles to be awarded shall be determined pursuant to the Marriott Bonvoy Terms and Conditions (the "Terms and Conditions"), as in effect at the time of award. All Marriott Bonvoy Terms and Conditions apply. The Terms and Conditions are available on-line at https://www.marriott.com/loyalty/terms/default.mi and may be changed at the sole discretion of Marriott International, Inc. at any time and without notice. Capitalized terms used in this section have the meanings given to them in the Terms and Conditions.

*Electronic selection – This may be done in Microsoft Word by double-clicking on the above unfilled box, choosing a blackened box, and then clicking "Insert." Alternatively, one can use the commands "Insert" and "Symbol," choose the blackened box, and then click "Insert."

## CHANGES, ADDITIONS, STIPULATIONS, OR LINING OUT
Any changes, additions, stipulations or deletions including corrective lining out by either Hotel or Insurance Agency Owners Alliance will not be considered agreed to or binding on the other unless such modifications have been initialed or otherwise approved in writing by the other.

## ACCEPTANCE
When presented by the Hotel to Insurance Agency Owners Alliance, this document is an invitation by the Hotel to Insurance Agency Owners Alliance to make an offer. Upon signature by Insurance Agency Owners Alliance, this document will be an offer by Insurance Agency Owners Alliance. Only upon signature of this document by all parties will this document constitute a binding agreement. Unless the Hotel otherwise notifies Insurance Agency Owners Alliance at any time prior to Insurance Agency Owners Alliance's execution of this document, the outlined format and dates will be held by the Hotel for Insurance Agency Owners Alliance on a first-option basis until 5PM CST on **Friday, February 18, 2022.** If Insurance Agency Owners Alliance cannot make a commitment prior to that date, this invitation to offer will revert to a second-option basis or, at the Hotel's option, the arrangements will be released, in which case neither party will have any further obligations.

Upon signature by both parties, Insurance Agency Owners Alliance and the Hotel shall have agreed to and executed this Agreement by their authorized representatives as of the dates indicated below.

## SIGNATURES
Approved and authorized by Insurance Agency Owners Alliance:

Name: (Print)     Dave Jackson

Title: (Print)     Co-Founder

Signature:     *David R Jackson*

Date:     1-27-2022

Approved and authorized by Hotel:

Name: (Print)     Kathleen Mazzanti

Title: (Print)     Senior Sales Executive

Page 8 of 9                                   Version 1.0

Signature: *Kathleen Mazzanti*

Date: January 28, 2022

MARRIOTT CONFIDENTIAL AND PROPRIETARY INFORMATION

# EXHIBIT B



November  01, 2023

DAVE JACKSON
INSURANCE AGENCY OWNERS A
861 N HIGLEY ROAD
SUITE 114
GILBERT, AZ 85234-9602

Dear DAVE JACKSON  :

The Ladies and Gentlemen of The Marriott Marquis Chicago wish to thank you for your business. Enclosed you will find a summary and detailed billing of charges for your event. We are proud to offer electronic delivery and/or an Excel version of these charges, available at your request. To request a copy, or should you have any questions regarding your event, your customer account specialist's contact information is listed below.

We look forward to serving you again in the future.


Sincerely,


Daily Bill Review
Customer Billing Specialist
8664357627 Ext.8237534
PfElow.Pfuzeh@marriott-sp.com




Enclosures

11/01/23



**MARRIOTT**

---

**INSURANCE AGENCY OWNERS A**
**The Marriott Marquis Chicago**

**INVOICE DATE: October 31, 2023**
**INVOICE NUMBER: 337B9015890**                    1,406.00    USD

**INVOICE TOTAL:**                                                      1,406.00    USD

**Daily Bill Review: 8664357627 Ext.8237534**

The summary of charges is as follows:

**Charges:**

Catering:                                    1,406.00

　　Subtotal:                                             1,406.00    USD


　　**Total Amount Due:**                                   1,406.00    USD


Upon receipt of this invoice, kindly remit payment to:

| Regular Mail | Overnight Mail | ACH / Wire Payment |
|---|---|---|
| Marriott Business Services | Xerox c/o BMO Harris Bank | BMO Harris Bank NA |
| P.O. Box 71846 | Lockbox: 71846 | 111 W. Monroe Street |
| Chicago IL 60694 | 141 W. Jackson Blvd./Suite 1000 | 5 East |
| | Chicago, IL 60604 | Chicago, IL 60603 |
| | | Account: █████████ |
| | | Wire Routing: █████████ |
| | | ACH Routing: █████████ |

Please reference the above invoice number on your remittance.

11/01/23

10

## *The Marriott Marquis Chicago*
## *GROUP MASTER SUMMARY OF GUEST CHARGES*

*INSURANCE AGENCY OWNERS A*
*INSURANCE AGENCY OWNERS A*
*Event Dates 10/06/2023 to 10/31/2023*
*Invoice Number 337B9015890*

| GUEST NAME | ROOM/ACCT# | DATE | ROOM | TAX | RESORT FEE | CATERING | RESTAURANT/ LOUNGE | TELECOM/ INTERNET | RECREATION / GIFT SHOP | PARKING | OTHER | DAILY TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | ANCILLARY CHARGES | | | | | |
| INSURANCE AGENC | 27781 | 10/06/23 | 0.00 | 0.00 | 0.00 | 1,406.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,406.00 |
| *SUBTOTAL BY GUEST:* | | | *0.00* | *0.00* | *0.00* | *1,406.00* | *0.00* | *0.00* | *0.00* | *0.00* | *0.00* | *1,406.00* |
| *TOTAL GUEST CHARGES:* | | | *0.00* | *0.00* | *0.00* | *1,406.00* | *0.00* | *0.00* | *0.00* | *0.00* | *0.00* | *1,406.00* USD |

*TOTAL MISCELLANEOUS CREDITS:*   *0.00* USD
*SUBTOTAL:*   *1,406.00* USD
*SUBTOTAL PAYMENTS:*   *0.00* USD
*TOTAL AMOUNT DUE:*   *1,406.00* USD

*TOTAL ROOM NIGHTS:*   *0*

3

30

### *The Marriott Marquis Chicago*
### *GROUP MASTER CATERING SUMMARY*

*INSURANCE AGENCY OWNERS A*
*INSURANCE AGENCY OWNERS A*
*Event Dates 10/06/2023 to 10/31/2023*
*Invoice Number: 337B9015890*

| DATE | CHECK NUMBER | BREAKFAST | LUNCH | DINNER | COFFEE BRK/ HORS D'S | PACKAGES | BEVERAGE | MISC OTHER | ROOM SET-UP FEE | AUDIO VISUAL | SERVICE CHARGE | TAXES | TOTAL |
|------|------|------|------|------|------|------|------|------|------|------|------|------|------|
| 10/06/23 | 362828 | 0.00 | 0.00 | 0.00 | 8.00 | 0.00 | 1,398.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,406.00 |
| *TOTAL CATERING:* | | *0.00* | *0.00* | *0.00* | *8.00* | *0.00* | *1,398.00* | *0.00* | *0.00* | *0.00* | *0.00* | *0.00* | *1,406.00 USD* |

**The Marriott Marquis Chicago**
**BANQUET CHECK DETAIL**

| | | | |
|---|---|---|---|
| Check #: | 362828 | Insurance Agency Owners Allian | Page #: 1 |
| Check Date: | 10/06/23 | Insurance Agency Owners Allian | Bill Method: DB |
| Manager: | VV/MB/ | 861 N HIGLEY ROAD | Tax Exempt: N |
| Room: | Great Lakes | SUITE 114 | BEO #: 954150 |
| | Ballroom, Level 2 | GILBERT, AZ 85234-9602 | |

Friday, October 06, 2023

| CATEGORY | QUANTITY | ITEM | UNIT PRICE | SUBTOTAL | TOTAL |
|---|---|---|---|---|---|
| **Food** | | | | | |
| | 1 | Assorted Pepsi Soft Drinks, Red Bull, Fever Tree Ginger Beer and Tonic Water, and Bottled Waters | 8.00 | 8.00 | |
| | | **Food SUBTOTAL** | | **8.00** | |
| **Beverage** | | | | | |
| | 18 | Domestic Beer | 12.00 | 216.00 | |
| | 11 | Imported & Craft Beer | 14.00 | 154.00 | |
| | 43 | Premium Spirits | 16.00 | 688.00 | |
| | 20 | Event Wine | 17.00 | 340.00 | |
| | | **Beverage SUBTOTAL** | | **1,398.00** | |

| | |
|---|---|
| **Banquet Service Charge @ 25%** | **0.00** |
| **F&B Service Charge Tax @ 3.75%** | **0.00** |
| **F&B Tax @11.75%** | **0.00** |
| **Bottled Beverage Tax @ 3%** | **0.00** |
| **GRAND TOTAL** | **1,406.00** |

**MARRIOTT CONFIDENTIAL AND PROPRIETARY INFORMATION**





# The Marriott Marquis Chicago

2121 SOUTH PRAIRIE AVENUE, CHICAGO
IL 60616, USA

INSURANCE AGENCY OWNERS A
10/03/2023 to 10/10/2023



November 17, 2023

DAVE JACKSON
INSURANCE AGENCY OWNERS A
861 N HIGLEY ROAD
SUITE 114
GILBERT, AZ 85234-9602

Dear DAVE JACKSON :

The Ladies and Gentlemen of The Marriott Marquis Chicago wish to thank you for your business. Enclosed you will find a summary and detailed billing of charges for your event.

**We are excited to introduce the following NEW capabilities of your Group Bill:**

**Updated Layout** - enhanced grid layout & color scheme
**Easy Navigation** - hyperlinks added to each page making review more efficient
**Excel Version** - immediate access to a Final Bill enables you to sort, cut, paste based on your needs

Should you have any questions regarding your event, your customer account specialist's contact information is listed below.

We look forward to serving you again in the future.


Sincerely,



Shikha Giri
Customer Billing Specialist
8664357627 Ext.8237543
Shikha.Giri@marriott-sp.com




Enclosures



**INSURANCE AGENCY OWNERS A**
**The Marriott Marquis Chicago**

**Invoice Date:** October 30, 2023
**Invoice Number** 337B9015885 | **276,009.18** | **USD**

**INVOICE TOTAL:** | **276,009.18** | **USD**

The summary of charges is as follows:

| Summary of Charges | |
| --- | --- |
| **Charges** | |
| Room and Tax | 1,197.57 |
| Catering | 218,970.49 |
| **Ancillary Charges** | |
| Audio Visual | 117,326.94 |
| **Other Charges:** | |
| Miscellaneous Charges | 268,514.18 |
| **Payments** | |
| Advance Deposit | (30,000.00) |
| Cash or Check | (300,000.00) |

| | |
| --- | --- |
| Subtotal Charges | 606,009.18 USD |
| Subtotal Payments | (330,000.00) USD |
| **Total Amount Due** | **276,009.18 USD** |

**Terms & Conditions**
Upon receipt of this invoice, kindly remit payment using the remittance information below. Please reference the above invoice number on your remittance.

**Regular Mail**
Marriott Business Services
P.O. Box 71846
Chicago IL 60694

**Overnight Mail**
Xerox c/o BMO Harris Bank
Lockbox: 71846
141 W. Jackson Blvd./Suite 1000
Chicago, IL 60604

**ACH / Wire Payment**
BMO Harris Bank NA
111 W. Monroe Street
5 East
Chicago, IL 60603
Account:
Wire Routing:
ACH Routing:

**Thank you for your business. We hope to serve you again soon!**
Should you have any questions, please contact **Shikha Giri**: ☎ 8664357627 Ext.8237543 ✉ Shikha.Giri@marriott-sp.com

11/17/23

10



**The Marriott Marquis Chicago**
**GROUP MASTER SUMMARY OF GUEST CHARGES**

INSURANCE AGENCY OWNERS A
INSURANCE AGENCY OWNERS A
Event Dates 10/03/2023 to 10/10/2023

**Back to Cover Summary**

| GUEST NAME | ROOM/ ACCT# | DATE | ROOM | TAX | RESORT FEE | CATERING | RESTAURANT/ LOUNGE | TELECOM/ INTERNET | RECREATION/ GIFT SHOP | PARKING | AV/OTHER | DAILY TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| INSURANCE AGENC | 15172 | 10/04/23 | 0.00 | 0.00 | 0.00 | 1,112.65 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,112.65 |
| INSURANCE AGENC | 15172 | 10/06/23 | 0.00 | 0.00 | 0.00 | 149,977.19 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 149,977.19 |
| INSURANCE AGENC | 15172 | 10/07/23 | 0.00 | 0.00 | 0.00 | 67,880.65 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 67,880.65 |
| INSURANCE AGENC | 15172 | 10/09/23 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 117,326.94 | 117,326.94 |
| INSURANCE AGENC | 15172 | 10/16/23 | -4,807.00 | -836.42 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 163,481.47 | 157,838.05 |
| INSURANCE AGENC | 15172 | 10/19/23 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 105,032.71 | 105,032.71 |
| **INSURANCE AGENC Subtotal:** | | | **-4,807.00** | **-836.42** | **0.00** | **218,970.49** | **0.00** | **0.00** | **0.00** | **0.00** | **385,841.12** | **599,168.19** |
| ████ | 1820 | 10/04/23 | 209.00 | 36.37 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 245.37 |
| ████ | 1820 | 10/05/23 | 209.00 | 36.37 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 245.37 |
| ████ | 1820 | 10/06/23 | 209.00 | 36.37 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 245.37 |
| ████ | 1820 | 10/07/23 | 209.00 | 36.37 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 245.37 |
| ████ **Subtotal:** | | | **836.00** | **145.48** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **981.48** |
| ████ | 2947 | 10/04/23 | 209.00 | 36.37 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 245.37 |
| ████ | 2947 | 10/05/23 | 209.00 | 36.37 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 245.37 |
| ████ | 2947 | 10/06/23 | 209.00 | 36.37 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 245.37 |
| ████ | 2947 | 10/07/23 | 209.00 | 36.37 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 245.37 |
| ████ **Subtotal:** | | | **836.00** | **145.48** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **981.48** |



## The Marriott Marquis Chicago
## GROUP MASTER SUMMARY OF GUEST CHARGES

INSURANCE AGENCY OWNERS A
INSURANCE AGENCY OWNERS A
Event Dates 10/03/2023 to 10/10/2023

**Back to Cover Summary**

| GUEST NAME | ROOM/ ACCT# | DATE | ROOM | TAX | RESORT FEE | CATERING | RESTAURANT/ LOUNGE | TELECOM/ INTERNET | RECREATION/ GIFT SHOP | PARKING | AV/OTHER | DAILY TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ██████ | 3613 | 10/03/23 | 379.00 | 65.95 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 444.95 |
| | 3613 | 10/04/23 | 379.00 | 65.95 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 444.95 |
| | 3613 | 10/05/23 | 379.00 | 65.95 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 444.95 |
| | 3613 | 10/06/23 | 379.00 | 65.95 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 444.95 |
| | 3613 | 10/07/23 | 379.00 | 65.95 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 444.95 |
| | 3613 | 10/08/23 | 379.00 | 65.95 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 444.95 |
| ██████ | **Subtotal:** | | **2,274.00** | **395.70** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **2,669.70** |
| ██████ | 1144 | 10/04/23 | 209.00 | 36.37 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 245.37 |
| | 1144 | 10/05/23 | 209.00 | 36.37 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 245.37 |
| | 1144 | 10/06/23 | 209.00 | 36.37 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 245.37 |
| ██████ | **Subtotal:** | | **627.00** | **109.11** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **736.11** |
| ██████ | 3617 | 10/03/23 | 209.00 | 36.37 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 245.37 |
| | 3617 | 10/04/23 | 209.00 | 36.37 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 245.37 |
| | 3617 | 10/05/23 | 209.00 | 36.37 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 245.37 |
| | 3617 | 10/06/23 | 209.00 | 36.37 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 245.37 |

10



## The Marriott Marquis Chicago
## GROUP MASTER SUMMARY OF GUEST CHARGES

INSURANCE AGENCY OWNERS A
INSURANCE AGENCY OWNERS A
Event Dates 10/03/2023 to 10/10/2023

Back to Cover Summary

| GUEST NAME | ROOM/ ACCT# | DATE | ROOM | TAX | RESORT FEE | CATERING | RESTAURANT/ LOUNGE | TELECOM/ INTERNET | RECREATION/ GIFT SHOP | PARKING | AV/OTHER | DAILY TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ███ | 3617 | 10/07/23 | 209.00 | 36.37 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 245.37 |
| | 3617 | 10/08/23 | 209.00 | 36.37 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 245.37 |
| ███ | Subtotal: | | 1,254.00 | 218.22 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,472.22 |
| Total Guest Charges: | | | 1,020.00 | 177.57 | 0.00 | 218,970.49 | 0.00 | 0.00 | 0.00 | 0.00 | 385,841.12 | 606,009.18 |

| | |
|---|---|
| TOTAL MISCELLANEOUS CREDITS | 0.00 USD |
| SUBTOTAL | 606,009.18 USD |
| SUBTOTAL PAYMENTS | (330,000.00) USD |
| TOTAL AMOUNT DUE | 276,009.18 USD |
| TOTAL ROOM NIGHTS | 23 |



**The Marriott Marquis Chicago**
**GROUP MASTER CATERING SUMMARY**
*INSURANCE AGENCY OWNERS A*
*INSURANCE AGENCY OWNERS A*
Event Dates 10/03/2023 to 10/10/2023
Invoice Number: 337B9015885

Back to Cover Summary

| DATE | CHECK NUMBER | BREAKFAST | LUNCH | DINNER | COFFEE BRK/ HORS D'S | PACKAGES | BEVERAGE | MISC OTHER | ROOM SET-UP FEE | AUDIO VISUAL | SERVICE CHARGE | TAXES | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/04/23 | 27858 | 0.00 | 0.00 | 0.00 | 806.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 201.50 | 105.15 | 1,112.65 |
| 10/06/23 | 362838 | 0.00 | 0.00 | 0.00 | 7,600.00 | 0.00 | 1,104.00 | 500.00 | 0.00 | 0.00 | 2,176.00 | 1,104.34 | 12,484.34 |
| 10/06/23 | 362858 | 0.00 | 0.00 | 0.00 | 11,600.00 | 0.00 | 2,192.00 | 0.00 | 0.00 | 0.00 | 3,448.00 | 1,749.87 | 18,989.87 |
| 10/06/23 | 362878 | 0.00 | 31,200.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7,800.00 | 3,958.50 | 42,958.50 |
| 10/06/23 | 362888 | 0.00 | 0.00 | 0.00 | 14,918.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,729.50 | 1,904.97 | 20,552.47 |
| 10/06/23 | 362898 | 18,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,500.00 | 2,283.75 | 24,783.75 |
| 10/06/23 | 526148 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 22,471.60 | 0.00 | 0.00 | 0.00 | 0.00 | 22,471.60 |
| 10/06/23 | 526158 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7,736.66 | 0.00 | 0.00 | 0.00 | 0.00 | 7,736.66 |
| 10/07/23 | 535778 | 0.00 | 0.00 | 0.00 | 1,650.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 412.50 | 233.35 | 2,295.85 |
| 10/07/23 | 535788 | 0.00 | 17,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,375.00 | 2,220.31 | 24,095.31 |
| 10/07/23 | 535798 | 0.00 | 0.00 | 0.00 | 10,620.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,655.00 | 1,365.43 | 14,640.43 |
| 10/07/23 | 535808 | 19,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,875.00 | 2,474.06 | 26,849.06 |
| **TOTAL CATERING** | | **37,500.00** | **48,700.00** | **0.00** | **47,194.00** | **0.00** | **3,296.00** | **30,708.26** | **0.00** | **0.00** | **34,172.50** | **17,399.73** | **218,970.49** *USD* |



## The Marriott Marquis Chicago
## BANQUET CHECK DETAIL

| | | |
|---|---|---|
| Check #: | 27858 | |
| Check Date: | 10/4/23 | |
| Manager: | VV/MB/ | |
| Room: | MULTIPLE | |

INSURANCE AGENCY OWNERS A
INSURANCE AGENCY OWNERS A
861 N HIGLEY ROAD
SUITE 114
GILBERT, AZ 85234-9602

| | |
|---|---|
| Page #: | 1 |
| Bill Method: | DB |
| Tax Exempt: | N |
| BEO #: | 032568 |

Wednesday, October 04, 2023

**Back to Cover Summary**

| CATEGORY | QUANTITY | ITEM | UNIT PRICE | SUBTOTAL | TOTAL |
|---|---|---|---|---|---|
| **Food** | | | | | |
| Coffee Break, Water Tower AB, Level 2 | | | | | |
| | 12 | Assorted Pepsi Soft Drinks | 8.00 | 96.00 | |
| | 1 | Gallon of Freshly Brewed Iced Tea | 100.00 | 100.00 | |
| | 1 | Gallon of Freshly Brewed Iced Tea | 100.00 | 100.00 | |
| | 2 | Gallon of Freshly Brewed Illy Regular Coffee | 170.00 | 340.00 | |
| | 1 | Gallon of Freshly Brewed Illy Regular Coffee | 170.00 | 170.00 | |
| | | **Food SUBTOTAL** | | **806.00** | |

| | |
|---|---|
| **Banquet Service Charge @ 25%** | 201.50 |
| **F&B Service Charge Tax @ 3.75%** | 7.56 |
| **F&B Tax @11.75%** | 94.71 |
| **Bottled Beverage Tax @ 3%** | 2.88 |
| **GRAND TOTAL** | 1,112.65 |

MARRIOTT CONFIDENTIAL AND PROPRIETARY INFORMATION



## The Marriott Marquis Chicago
## BANQUET CHECK DETAIL

| | | |
|---|---|---|
| Check #: | 362838 | |
| Check Date: | 10/6/23 | |
| Manager: | VV/MB/ | |
| Room: | MULTIPLE | |

INSURANCE AGENCY OWNERS A
INSURANCE AGENCY OWNERS A
861 N HIGLEY ROAD
SUITE 114
GILBERT, AZ 85234-9602

| | |
|---|---|
| Page #: | 1 |
| Bill Method: | DB |
| Tax Exempt: | N |
| BEO #: | 862669 |

Friday, October 06, 2023

**Back to Cover Summary**

| CATEGORY | QUANTITY | ITEM | UNIT PRICE | SUBTOTAL | TOTAL |
|---|---|---|---|---|---|
| **Food** | | | | | |
| Reception,Grand Horizon DEFG, Level 4 | | | | | |
| | 100 | Shrimp Cocktail Cold Hors d'Oeuvres - STATIONED | 9.00 | 900.00 | |
| | 60 | (60) Local Artisan Cheeses Reception Display | 30.00 | 1,800.00 | |
| | 55 | (55) Sweet Station Reception Desserts | 30.00 | 1,650.00 | |
| | 60 | (60) Local Market Vegetables and Spreads Reception Display | 25.00 | 1,500.00 | |
| | 50 | Sliders Reception Display Station | 35.00 | 1,750.00 | |
| | | **Food SUBTOTAL** | | **7,600.00** | |
| **Labor** | | | | | |
| Reception,Grand Horizon DEFG, Level 4 | | | | | |
| | 2 | Bartender | 250.00 | 500.00 | NT |
| | | **Labor SUBTOTAL** | | **500.00** | |
| **Beverage** | | | | | |
| Reception,Grand Horizon DEFG, Level 4 | | | | | |
| | 69 | Drink Ticket (for alcoholic & non alcoholic bevs) - Tickets Provided by Client | 16.00 | 1,104.00 | |
| | | **Beverage SUBTOTAL** | | **1,104.00** | |

| | |
|---|---|
| **Banquet Service Charge @ 25%** | 2,176.00 |
| **F&B Service Charge Tax @ 3.75%** | 81.61 |
| **F&B Tax @11.75%** | 1,022.73 |
| **GRAND TOTAL** | 12,484.34 |

**MARRIOTT CONFIDENTIAL AND PROPRIETARY INFORMATION**



**MARRIOTT CONFIDENTIAL AND PROPRIETARY INFORMATION**



## The Marriott Marquis Chicago
## BANQUET CHECK DETAIL

Check #:     362858
Check Date:  10/6/23
Manager:     VV/MB/
Room:        Great Lakes
             Ballroom,
             Level 2

INSURANCE AGENCY OWNERS A
INSURANCE AGENCY OWNERS A

861 N HIGLEY ROAD
SUITE 114
GILBERT, AZ 85234-9602

Friday, October 06, 2023

Page #:       1
Bill Method:  DB
Tax Exempt:   N
BEO #:        862432

**Back to Cover Summary**

| CATEGORY | QUANTITY | ITEM | UNIT PRICE | SUBTOTAL | TOTAL |
|---|---|---|---|---|---|
| **Beverage** | | | | | |
| | 137 | Drink Ticket (for alcoholic & non alcoholic bevs) - Tickets Provided by Client | 16.00 | 2,192.00 | |
| | | **Beverage SUBTOTAL** | | **2,192.00** | |
| **Food** | | | | | |
| | 100 | (100) The Hot Shoppe Reception Display | 34.00 | 3,400.00 | |
| | 100 | (100) Cookie Jar Bar Reception Desserts | 28.00 | 2,800.00 | |
| | 150 | (150) Wrigleyville Reception Display | 36.00 | 5,400.00 | |
| | | **Food SUBTOTAL** | | **11,600.00** | |

| | |
|---|---|
| **Banquet Service Charge @ 25%** | 3,448.00 |
| **F&B Service Charge Tax @ 3.75%** | 129.31 |
| **F&B Tax @11.75%** | 1,620.56 |
| **GRAND TOTAL** | 18,989.87 |

**MARRIOTT CONFIDENTIAL AND PROPRIETARY INFORMATION**



## The Marriott Marquis Chicago
## BANQUET CHECK DETAIL

| | | |
|---|---|---|
| Check #: | 362878 | |
| Check Date: | 10/6/23 | |
| Manager: | VV/MB/ | |
| Room: | Grand Horizon | |
| | DEFG, Level 4 | |

INSURANCE AGENCY OWNERS A
INSURANCE AGENCY OWNERS A
861 N HIGLEY ROAD
SUITE 114
GILBERT, AZ 85234-9602

| | |
|---|---|
| Page #: | 1 |
| Bill Method: | DB |
| Tax Exempt: | N |
| BEO #: | 861736 |

Friday, October 06, 2023

**Back to Cover Summary**

| CATEGORY | QUANTITY | ITEM | UNIT PRICE | SUBTOTAL | TOTAL |
|---|---|---|---|---|---|
| **Food** | | | | | |
| | 400 | Little Italy Buffet Lunch | 78.00 | 31,200.00 | |
| | | **Food SUBTOTAL** | | **31,200.00** | |

| | |
|---|---|
| **Banquet Service Charge @ 25%** | **7,800.00** |
| **F&B Service Charge Tax @ 3.75%** | **292.50** |
| **F&B Tax @11.75%** | **3,666.00** |
| **GRAND TOTAL** | **42,958.50** |

**MARRIOTT CONFIDENTIAL AND PROPRIETARY INFORMATION**



## The Marriott Marquis Chicago
## BANQUET CHECK DETAIL

| | | |
|---|---|---|
| Check #: | 362888 | |
| Check Date: | 10/6/23 | |
| Manager: | VV/MB/ | |
| Room: | MULTIPLE | |

INSURANCE AGENCY OWNERS A
INSURANCE AGENCY OWNERS A
861 N HIGLEY ROAD
SUITE 114
GILBERT, AZ 85234-9602

| | |
|---|---|
| Page #: | 1 |
| Bill Method: | DB |
| Tax Exempt: | N |
| BEO #: | 861431 |

Friday, October 06, 2023

**Back to Cover Summary**

| CATEGORY | QUANTITY | ITEM | UNIT PRICE | SUBTOTAL | TOTAL |
|---|---|---|---|---|---|
| **Food** | | | | | |
| Coffee Break,Great Lakes Ballroom, Level 2 | | | | | |
| | 51 | Assorted Pepsi Soft Drinks | 8.00 | 408.00 | |
| | 250 | One Hour Beverage Package | 22.00 | 5,500.00 | |
| | 50 | Assorted Protein Bars | 8.00 | 400.00 | |
| | 250 | (250) Green Line Coffee Break | 26.00 | 6,500.00 | |
| | 1 | Gallon of Freshly Brewed Illy Regular Coffee | 170.00 | 170.00 | |
| | 1 | Gallon of Freshly Brewed Illy Decaffeinated Coffee | 170.00 | 170.00 | |
| | 50 | Assorted Candy Bars | 8.00 | 400.00 | |
| | 100 | Aquafina Still Bottled Waters | 8.00 | 800.00 | |
| | 50 | Assorted Individual Bags of Chips | 8.00 | 400.00 | |
| | 1 | Gallon of Assorted Herbal Teas with Sliced Lemon | 170.00 | 170.00 | |
| | | **Food SUBTOTAL** | | **14,918.00** | |

| | |
|---|---|
| **Banquet Service Charge @ 25%** | 3,729.50 |
| **F&B Service Charge Tax @ 3.75%** | 139.85 |
| **F&B Tax @11.75%** | 1,752.88 |
| **Bottled Beverage Tax @ 3%** | 12.24 |
| **GRAND TOTAL** | **20,552.47** |

**MARRIOTT CONFIDENTIAL AND PROPRIETARY INFORMATION**



## The Marriott Marquis Chicago
## BANQUET CHECK DETAIL

| | | |
|---|---|---|
| Check #: | 362898 | |
| Check Date: | 10/6/23 | |
| Manager: | VV/MB/ | |
| Room: | Grand Horizon | |
| | DEFG, Level 4 | |

INSURANCE AGENCY OWNERS A
INSURANCE AGENCY OWNERS A
861 N HIGLEY ROAD
SUITE 114
GILBERT, AZ 85234-9602

| | |
|---|---|
| Page #: | 1 |
| Bill Method: | DB |
| Tax Exempt: | N |
| BEO #: | 712375 |

Friday, October 06, 2023                                    **Back to Cover Summary**

| CATEGORY | QUANTITY | ITEM | UNIT PRICE | SUBTOTAL | TOTAL |
|---|---|---|---|---|---|
| **Food** | | | | | |
| | 300 | Grant Park Buffet Breakfast | 60.00 | 18,000.00 | |
| | | **Food SUBTOTAL** | | **18,000.00** | |

| | |
|---|---|
| **Banquet Service Charge @ 25%** | 4,500.00 |
| **F&B Service Charge Tax @ 3.75%** | 168.75 |
| **F&B Tax @11.75%** | 2,115.00 |
| **GRAND TOTAL** | 24,783.75 |

**MARRIOTT CONFIDENTIAL AND PROPRIETARY INFORMATION**

30



## The Marriott Marquis Chicago
## BANQUET CHECK DETAIL

Check #:     535778
Check Date:  10/7/23
Manager:    VV/MB/
Room:       Grand Horizon
             Foyer, Level 4

INSURANCE AGENCY OWNERS A
INSURANCE AGENCY OWNERS A
861 N HIGLEY ROAD
SUITE 114
GILBERT, AZ 85234-9602

Page #:  1
Bill Method:  DB
Tax Exempt:  N
BEO #:  287762

Saturday, October 07, 2023          **Back to Cover Summary**

| CATEGORY | QUANTITY | ITEM | UNIT PRICE | SUBTOTAL | TOTAL |
|---|---|---|---|---|---|
| **Food** | | | | | |
| | 100 | Assorted Pepsi Soft Drinks | 8.00 | 800.00 | |
| | 5 | Gallon of Freshly Brewed Illy Regular Coffee | 170.00 | 850.00 | |
| | | **Food SUBTOTAL** | | **1,650.00** | |

| | |
|---|---|
| **Banquet Service Charge @ 25%** | **412.50** |
| **F&B Service Charge Tax @ 3.75%** | **15.47** |
| **F&B Tax @11.75%** | **193.88** |
| **Bottled Beverage Tax @ 3%** | **24.00** |
| **GRAND TOTAL** | **2,295.85** |

**MARRIOTT CONFIDENTIAL AND PROPRIETARY INFORMATION**



## The Marriott Marquis Chicago
### BANQUET CHECK DETAIL

| | | |
|---|---|---|
| Check #: | 535788 | |
| Check Date: | 10/7/23 | |
| Manager: | VV/MB/ | |
| Room: | Grand Horizon | |
| | DEFG, Level 4 | |

INSURANCE AGENCY OWNERS A
INSURANCE AGENCY OWNERS A
861 N HIGLEY ROAD
SUITE 114
GILBERT, AZ 85234-9602

| | |
|---|---|
| Page #: | 1 |
| Bill Method: | DB |
| Tax Exempt: | N |
| BEO #: | 287690 |

Saturday, October 07, 2023

**Back to Cover Summary**

| CATEGORY | QUANTITY | ITEM | UNIT PRICE | SUBTOTAL | TOTAL |
|---|---|---|---|---|---|
| **Food** | | | | | |
| | 250 | Prairie Avenue Deli Buffet | 70.00 | 17,500.00 | |
| | | **Food SUBTOTAL** | | **17,500.00** | |

| | |
|---|---|
| **Banquet Service Charge @ 25%** | 4,375.00 |
| **F&B Service Charge Tax @ 3.75%** | 164.06 |
| **F&B Tax @11.75%** | 2,056.25 |
| **GRAND TOTAL** | 24,095.31 |

**MARRIOTT CONFIDENTIAL AND PROPRIETARY INFORMATION**

30



## The Marriott Marquis Chicago
## BANQUET CHECK DETAIL

| | | |
|---|---|---|
| Check #: | 535798 | |
| Check Date: | 10/7/23 | |
| Manager: | VV/MB/ | |
| Room: | MULTIPLE | |

INSURANCE AGENCY OWNERS A
INSURANCE AGENCY OWNERS A
861 N HIGLEY ROAD
SUITE 114
GILBERT, AZ 85234-9602

| | |
|---|---|
| Page #: | 1 |
| Bill Method: | DB |
| Tax Exempt: | N |
| BEO #: | 863155 |

Saturday, October 07, 2023                    **Back to Cover Summary**

| CATEGORY | QUANTITY | ITEM | UNIT PRICE | SUBTOTAL | TOTAL |
|---|---|---|---|---|---|
| **Food** | | | | | |
| Coffee Break,Great Lakes Ballroom, Level 2 | | | | | |
| | 75 | Assorted Pepsi Soft Drinks | 8.00 | 600.00 | |
| | 250 | (250) Green Line Coffee Break | 26.00 | 6,500.00 | |
| | 10 | Gallon of Freshly Brewed Illy Regular Coffee | 170.00 | 1,700.00 | |
| | 5 | Gallon of Freshly Brewed Illy Decaffeinated Coffee | 170.00 | 850.00 | |
| | 100 | Aquafina Still Bottled Waters | 8.00 | 800.00 | |
| | 1 | Gallon of Assorted Herbal Teas with Sliced Lemon | 170.00 | 170.00 | |
| | | **Food SUBTOTAL** | | **10,620.00** | |

| | |
|---|---|
| **Banquet Service Charge @ 25%** | 2,655.00 |
| **F&B Service Charge Tax @ 3.75%** | 99.57 |
| **F&B Tax @11.75%** | 1,247.86 |
| **Bottled Beverage Tax @ 3%** | 18.00 |
| **GRAND TOTAL** | 14,640.43 |

**MARRIOTT CONFIDENTIAL AND PROPRIETARY INFORMATION**

30



## The Marriott Marquis Chicago
## BANQUET CHECK DETAIL

| | | |
|---|---|---|
| Check #: | 535808 | |
| Check Date: | 10/7/23 | |
| Manager: | VV/MB/ | |
| Room: | Grand Horizon | |
| | DEFG, Level 4 | |

INSURANCE AGENCY OWNERS A
INSURANCE AGENCY OWNERS A
861 N HIGLEY ROAD
SUITE 114
GILBERT, AZ 85234-9602

| | |
|---|---|
| Page #: | 1 |
| Bill Method: | DB |
| Tax Exempt: | N |
| BEO #: | 862790 |

Saturday, October 07, 2023

**Back to Cover Summary**

| CATEGORY | QUANTITY | ITEM | UNIT PRICE | SUBTOTAL | TOTAL |
|---|---|---|---|---|---|
| **Food** | | | | | |
| | 300 | Hyde Park Buffet Breakfast | 65.00 | 19,500.00 | |
| | | **Food SUBTOTAL** | | **19,500.00** | |

| | |
|---|---|
| **Banquet Service Charge @ 25%** | 4,875.00 |
| **F&B Service Charge Tax @ 3.75%** | 182.81 |
| **F&B Tax @11.75%** | 2,291.25 |
| **GRAND TOTAL** | 26,849.06 |

**MARRIOTT CONFIDENTIAL AND PROPRIETARY INFORMATION**

30



**The Marriott Marquis Chicago**
**GROUP MASTER ANCILLARY CHARGES & MISCELLANEOUS CREDITS SUMMARY**
INSURANCE AGENCY OWNERS A
Event Dates 10/03/2023 to 10/10/2023
Invoice Number 337B9015885

<u>**Back to Cover Summary**</u>

| | DATE | GUEST/ACCNT NAME | ROOM/ACCNT NUMBER | DESCRIPTION | REFERENCE | CHARGES | |
|---|---|---|---|---|---|---|---|
| AUDIO VISUAL | 10/09/23 | <u>INSURANCE AGENCY OWNERS A</u> | 15172 | A/V | 26214172 | 18,732.16 | |
| | | <u>INSURANCE AGENCY OWNERS A</u> | 15172 | A/V | 26214011 | 98,594.78 | |
| | | | | | TOTAL AUDIO VISUAL CHARGES | 117,326.94 USD | |
| **OTHER CHARGES** | | | | | | | |
| MISCELLANEOUS CHARGES | 10/16/23 | <u>INSURANCE AGENCY OWNERS A</u> | 15172 | RM ATTR | X0035432 | 163,481.47 | |
| | 10/19/23 | <u>INSURANCE AGENCY OWNERS A</u> | 15172 | F/B ATTR | X0035587 | 16,070.77 | |
| | | <u>INSURANCE AGENCY OWNERS A</u> | 15172 | F/B ATTR | X0035587 | 88,961.94 | |
| | | | | | TOTAL MISCELLANEOUS CHARGES | 268,514.18 USD | |
| | | | | | TOTAL ANCILLARY CHARGES | 385,841.12 USD | |
| PAYMENTS: | 02/28/23 | <u>INSURANCE AGENCY OWNERS A</u> | 15172 | ADVDP-VS | XXXXXXXXXXX5528 | (10,000.00) | |
| | 08/21/23 | <u>INSURANCE AGENCY OWNERS A</u> | 15172 | ADVDP-CA | CK1190 | (20,000.00) | |
| | 10/03/23 | <u>INSURANCE AGENCY OWNERS A</u> | 15172 | CASH | CK 1196 | (300,000.00) | |
| | | | | | TOTAL PAYMENTS | ( 330,000.00) USD | |